**Report and Order Terminating Supervised Release**
**Prior to Original Expiration Date**

UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Docket No: 0972 2:24CR00145-001 |
| ) | |
| Sean Collins ) | |
| ) | |

On July 13, 2020, the above-named was sentenced to Supervised Release for a period of three years, in reference to the offense of 26 U.S.C. §§ 5861(d) and 2 – Possession of Unregistered Firearm. Supervision commenced on March 9, 2022, in the Eastern District of California. On May 28, 2024, transfer of jurisdiction from the Northern District of California to the Eastern District of California was approved.

The supervised releasee has complied with the rules and regulations of Supervised Release and is no longer in need of supervision. On October 17, 2024, Assistant U.S. Attorney Emily Sauvageau advised she has no objection to Mr. Collins' Supervised Release being early terminated. As such, it is accordingly recommended that the supervised releasee be discharged from supervision.

| Respectfully submitted, | Reviewed by, |
|---|---|
| *[signature]* | *[signature]* |
| **Steven J. Sheehan** | **Shannon L. Morehouse** |
| **Sr. United States Probation Officer** | **Supervising United States Probation Officer** |

**Dated:**  October 18, 2024
Sacramento, California
SJS

1

**Re:   Sean Collins**
**Docket Number:   0972 2:24CR00145-001**
   **Report and Order Terminating Supervised Release**
   **Prior to Original Expiration Date**

---

## ORDER OF COURT

Pursuant to the above report, it is ordered that Sean Collins be discharged from Supervised Release, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

Dated:   **October 18, 2024**

_/s/ Dale A. Drozd_
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

Attachment:   Recommendation

CC:   AUSA Emily Sauvageau
   Supervisee—Sean Collins